UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GERALD GONZALES,<br><br>            Petitioner,<br><br>            v.<br><br>SCOTT FRAUENHEIM,<br><br>            Respondent. | Case No.: CV 15-03024-ODW (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

*//*

*//*

*//*

IT IS THEREFORE ORDERED that:

(1) Petitioner's request for an evidentiary hearing is denied; and

(2) Judgment shall be entered denying the petition and dismissing this action with prejudice.

Dated: 10-17-17

_____
OTIS D. WRIGHT, II
United States District Judge