JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GERALD GONZALES,<br><br>               Petitioner,<br><br>               v.<br><br>SCOTT FRAUENHEIM,<br><br>               Respondent. | Case No.: CV 15-03024-ODW (JDE)<br><br>JUDGMENT |

      Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

      IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: 10-17-17

_____
OTIS D. WRIGHT, II
United States District Judge